UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-48 (SRN)

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER TO CONTINUE SENTENCING** |
| v. | ) **HEARING** |
| | ) |
| Matthew Eric Dolven, | ) |
| | ) |
| Defendant. | |

Carol A. Kayser, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

James S. Becker, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

Upon defendant's motion to continue the sentencing hearing, and for good cause shown, such motion is granted. The sentencing hearing currently scheduled for July 23, 2019, is hereby continued and will be rescheduled in the near future.

Dated:  July 17, 2019          s/Susan Richard Nelson
                               Susan Richard Nelson
                               United States District Judge